UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: ZIMMER NEXGEN KNEE )
IMPLANT PRODUCTS LIABILITY ) NO. 3:12-0189
) Judge Nixon/Bryant
)

**O R D E R**

It appears that this case is in the process of being transferred to the Northern District of Illinois (Docket Entry No. 4). The initial case management conference previously set for May 1, 2012, at 10:30 a.m. before the undersigned Magistrate Judge (Docket Entry No. 3) is **CANCELED**. The parties are **directed** to notify the Magistrate Judge immediately if the conditional transfer order is not approved so that an initial case management conference may be rescheduled.

The Clerk is **directed** to return the file to the Senior District Judge for his consideration of the conditional transfer order.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge