# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SUE JOHNSON ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:12-cv-0189 |
| v. ) | Judge Nixon |
| ) | |
| ZIMMER, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Pursuant to the Conditional Transfer Order (CTO-41) of the Judicial Panel on Multidistrict Litigation, Docket No. 2272, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of Illinois.

It is so **ORDERED**.

_____
John T. Nixon
United States District Judge